UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

RACHEL GRAFF,

                              Plaintiff,                           *Civil Action No.*

                -against-                                    **1:16-cv-08099-LAP**

FRESH DIRECT, INC.,

                              Defendants.

-------------------------------------------------------X

## <u>NOTICE OF SETTLEMENT</u>

PLEASE TAKE NOTICE that Plaintiff, RACHEL GRAFF, and on behalf of all others

similarly situated, and Defendant FRESH DIRECT, INC., hereby notify this Honorable Court

that settlement has been reached in the above-referenced case among all parties. The Parties are

drafting the necessary documents and expect to finalize the agreement in the next few weeks.

Accordingly, we respectfully request a 30-day order be issued or that the Parties have through

March 15, 2019 to reopen the case.


Dated: February 5, 2019


By:_____
        Bradly G. Marks
        The Marks Law Firm, PC
        175 Varick Street, 3rd Fl
        New York, NY 10014
        T:(646) 770-3775