**EXHIBIT B**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-30-19

## IN THE UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL GRAFF, Individually, and on Behalf of all others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) FRESHDIRECT, INC., ) ) Defendant. ) | Case No. 1:16-cv-08099 **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Date: February ~~March 25~~ 2019

Bradly G. Marks, Esq.
The Marks Law Firm, P.C.
175 Varick Street, 3rd Fl.
New York, NY 10014
Phone: (646) 770-3775
Email: bmarkslaw@gmail.com
Lucas A. Ferrara, Esq.
Roger Sachar, Esq.
Newman Ferrara LLP
1250 Broadway, 27th Floor
New York, NY 10001
Email: lferrara@nfllp.com
Email: rsachar@nfllp.com
Phone: (212) 619-5400
*Attorneys for Plaintiff*

SO ORDERED:

_____
Hon. Loretta A. Preska, U.S.D.J

Steven M. Swirsky, Esq.
Joshua A. Stein, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
Email: sswirsky@ebglaw.com
Email: jstein@ebglaw.com
Phone: (212) 351-4660

*Attorneys for Defendant*

The Clerk of the Court shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.
Date: 9/30/19